IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                CASE NO.: 1:05cr39-SPM

IREN CERGIO RAINEY,

      Defendant.
_____/

## ORDER TO SUBMIT APPLICATION FOR ADMISSION

On June 2, 2006, Attorney Robert J. Nesmith's Notice of Appearance as Attorney of Record (doc. 201) was filed, with the understanding that he would soon be submitting an application for admission to practice in the Northern District of Florida. More than two weeks have passed, but it does not appear that Attorney Nesmith has submitted his application. Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. Attorney Nesmith shall have up to and including June 23, 2006 to submit his application for admission to practice in the Northern District of Florida, or file a written statement showing good cause for his failure to do so.

2. Failure to submit the application or file the written statement, as ordered, may result in the imposition of sanctions.

DONE AND ORDERED this 20th day of June, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge